# CASE ANNOUNCEMENTS

*October 7, 2008*

[Cite as *10/07/2008 Case Announcements*, 2008-Ohio-5207.]

## MOTION AND PROCEDURAL RULINGS

**2008–0314. Cundall v. U.S. Bank, N.A.**
Hamilton App. Nos. C–070081 and C–070082, 174 Ohio App.3d 421, 2007-Ohio-7067. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellees' motion to file Volume II of the second supplement under seal,
It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*October 7, 2008*

[Cite as *10/07/2008 Case Announcements #2*, 2008-Ohio-5216.]

## MOTION AND PROCEDURAL RULINGS

**2007–1832. Roe v. Planned Parenthood Southwest Ohio Region.**
Hamilton App. No. C–060557, 173 Ohio App.3d 414, 2007-Ohio-4318. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellees' emergency motion to seal exhibit A to appellants' memo opposing expedited motion to prohibit use of proposed exhibit at oral argument,
It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*October 8, 2008*

[Cite as *10/08/2008 Case Announcements*, 2008-Ohio-5229.]

## MOTION AND PROCEDURAL RULINGS

**2007–1832. Roe v. Planned Parenthood Southwest Ohio Region.**
Hamilton App. No. C–060557, 173 Ohio App.3d 414, 2007-Ohio-4318. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellees' expedited motion to prohibit use of proposed exhibit at oral argument,
It is ordered by the court that the motion is granted.
DONOVAN, J., dissents.
MARY E. DONOVAN, J., sitting for O'CONNOR, J.

# CASE ANNOUNCEMENTS

*October 9, 2008*

[Cite as *10/09/2008 Case Announcements #2*, 2008-Ohio-5244.]